IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC

Plaintiff,

v.

GOODFELLAS SMOKE SHOP LLC ABDALLA ASSAM, and ABDULLAH ARMAN

Defendants.

CASE NO. 2:23-cv-3578

DISTRICT JUDGE WALTER H. RICE

---

**DECISION AND ENTRY OVERRULING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR FAILURE TO APPEAR FOR DEPOSITION (DOC. #81) WITHOUT PREJUDICE TO RENEWAL UPON DISPOSITION OF CAPTIONED CAUSE**

---

Plaintiff's Motion for Sanctions Against Defendants for Failure to Appear for Deposition (Doc. #81), is **OVERRULED**, without prejudice to renewal, should renewal be deemed advisable by Plaintiff, upon the termination of the captioned cause, whether through trial, motion, settlement, or by other means.

**IT IS SO ORDERED.**

Date: 9-15-26

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE